## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 391 WAL 2018

               Respondent                :

                                  :    Petition for Allowance of Appeal from
                                  :    the Order of the Superior Court

                   v.                      :

                                  :

JAMES CALVIN HAMLETT, JR.,             :

                                  :

               Petitioner                 :

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of February, 2019, the Petition for Allowance of Appeal is **GRANTED**. The issue, rephrased for clarity is:

> Can the tension between the well-settled rule that the Commonwealth bears the burden of demonstrating harmless error beyond a reasonable doubt and the contradictory principle that an appellate court has the ability to affirm a valid judgment or verdict for any reason appearing as of record be reconciled? If these conflicting principles must be reconciled in favor of the Commonwealth proving harmlessness beyond a reasonable doubt, did the Superior Court err in finding harmless error *sua sponte*?